NDFL Prob 35 (1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 1:02CR24-006(S)

LISA BRYAN

On June 8, 2007, the above named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Lisa Bryan be discharged from Supervised Release.

Respectfully submitted,

Beverly Stiefvater
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 7th day of Jan, 20 09.

Stephan P. Mickle
United States District Judge